**No. 54138.**—West Indies `Trading Co. *v.* United States, protest 119160–K (Tampa).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of braid the same in all material respects as that involved in *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.